# United States Court of Appeals
## For the First Circuit

---

No. 04-2172

UNITED STATES OF AMERICA,

Appellee,

v.

TIMOTHY P. WORK,

Defendant, Appellant.

---

ERRATA SHEET

The opinion of this Court issued on June 3, 2005 is corrected as follows:

On page 11, line 20, change "period" to "actual term"

On page 11, lines 20-21, change "authorized by" to "served by a defendant pursuant to"